MARGARET McDONOUGH, as Administratrix of the Estate of BERNARD McDONOUGH, Deceased, Appellant, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

*McDonough* v. *Interborough R. Tr. Co.*, 155 App. Div. 933, affirmed.

(Argued May 11, 1916; decided May 30, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 24, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant. The complaint alleged "That the death of the said Bernard McDonough, deceased, was the result of injuries sustained by him on or about the 11th day of August, 1910, by being run over by one of said defendant's northbound trains upon said northbound track of defendant's subway on Broadway at said 137th street station, having fallen from the easterly platform thereof because of the carelessness and negligence of the above named defendant and its agents, employees and servants in failing to protect said Bernard McDonough, deceased, he being then under their care and control, having been taken from one of said defendant's

44

northbound trains, upon which he was a passenger, by the said defendant's employees while in a partly comatose condition and while unable to care for himself."

*Cornelius J. Earley* and *Peter J. Brancato* for appellant.

*Lemuel E. Quigg* and *James L. Quackenbush* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.